UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLEY-ROSS & ASSOCIATES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>EXPRESS SCRIPTS, INC.,<br><br>   Defendant. | C22-0148 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiff's motion to compel, docket no. 40, is GRANTED in part. Plaintiff's requested discovery is reasonably tailored to the subject matter of the litigation, reasonably constrained as they only ask for documents and responses relevant on or after to January 1, 2018, and their requested discovery is not overly broad. *See Garneau v. City of Seattle*, 147 F.3d 802, 812 (9th Cir. 1998); *see also V5 Techs. v. Switch, Ltd.*, 334 F.R.D. 306, 309 (D. Nev. 2019). At the very least, Plaintiff's discovery requests are reasonably likely to lead to relevant information. *Taylor v. Kuerston*, 598 F. Supp. 3d 874, 878 (E.D. Cal. 2022)

(2)   Plaintiff's and Defendant's respective motion for sanctions, docket nos. 40, 44, are DENIED. The Court is not persuaded that either party's behavior warrants sanctions.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of March, 2023.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2