UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLEY-ROSS & ASSOCIATES, INC.,

        Plaintiff,

  v.

EXPRESS SCRIPTS, INC.,

        Defendant.

C22-0148 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DIRECTS Defendant to provide full and complete discovery with respect to the Court's March 13, 2023, Minute Order by June 29, 2023, at 5:00pm. The Court DENIES Plaintiff's motion continue, as Plaintiff has not demonstrated good cause to do so.

(2) Defendant's noncompliance with the Court's order warrants attorneys' fees. By not setting an explicit schedule, the Court relied on the precept that Defendant had to comply within a reasonable amount of time. For the discovery at issue, Defendant's delay was not reasonable. The Court AWARDS Plaintiff attorneys' fees in the amount of $1,000 for bringing this motion.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 16th day of June, 2023.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 2