UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLEY-ROSS & ASSOCIATES, INC.,

                Plaintiff,

v.

EXPRESS SCRIPTS, INC.,

                Defendant.

C22-0148 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion to seal, docket no. 66, is GRANTED in part and DENIED in part. Defendant moves under Local Civil Rule ("LCR") 5(g) to file redacted portions of the following documents: (i) Defendant's cross-motion for summary judgment; (ii) Exhibits 2, 5–7, and 10 to the Declaration of Matthew Knepper; and (iii) the Declaration of Matt Harrison. Defendant also seeks to redact "deposition testimony in footnote three on page 3 of its Cross-Motion and in Exhibit 3 to the Knepper Declaration[.]" The exhibits to the Declaration of Matthew Knepper and the Declaration of Matt Harrison shall remain under seal. Defendant filed only an unredacted version of its cross-motion for summary judgment, which is currently under seal. *See* docket no. 67. Pursuant to LCR 5(g)(5)(A), Defendant shall file a redacted version of its cross-motion for summary judgment on the public docket within seven (7) days of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2023.

                Ravi Subramanian
                Clerk

                s/Laurie Cuaresma
                Deputy Clerk

MINUTE ORDER - 1